UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15CR048

TIMOTHY AUBRY

**PLEA AGREEMENT**

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to the Indictment, which charges:

   (a) Count One: the defendant did knowingly and willfully combine, conspire, and agree with each other and persons both known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), all in violation of Title 21, United States Code, Section 846 which carry maximum possible penalties of not more than 20 years imprisonment – 21 U.S.C. § 841 (b)(1)(C); not more than $1,000,000, fine or both – 21 U.S.C. § 841 (b)(1)(C); supervised release for at least 3 years – 21 U.S.C. § 841 (b)(1)(C); ineligibility for Federal Benefits for up to 5 years after conviction – 21 U.S.C. § 862(a); $100

Special Assessment – 18 U.S.C. § 3013 (a)(2)(A).

(b) <u>Count Two</u>: the defendant did knowingly and intentionally conspire to commit money laundering in conducting financial transactions in order to conceal and disguise the nature, location, source, ownership, and control of the proceeds of an unlawful activity in violation of Title 18, United States Code, Section 1956(h), which carries maximum possible penalties of not more than 20 years imprisonment - 18 U.S.C. § 1956; not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater - 18 U.S.C. § 1956; not more than 3 years supervised release - 18 USC § 3583(b)(2); and $100 mandatory special assessment - 18 USC § 3013(a)(2)(A).

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charges and agrees to dismiss all other counts of the Indictment as to this defendant upon conclusion of sentencing on Counts One and Two.

3. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

4. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses,

including perjury and false statements relating to this plea agreement.

5. ACKNOWLEDGMENTS: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the pleas of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the  9th  day of  September , 20 16 .

FELICIA C. ADAMS
United States Attorney
Mississippi Bar No. 1049

AGREED AND CONSENTED TO:

TIMOTHY AUBRY
Defendant

APPROVED:

ANTHONY FARESE
Attorney for Defendant
Mississippi Bar No. 5133

